

THATLAWYERMOMLIFE
Posts
Follow

mo_hamz and 3 others
♪ Dan Seals · Fool Me Once, Fool Me Twice



TO ALL WESTERN GOVERNMENTS,

WOULD YOU HAVE ASKED THE NAZIS TO INVESTIGATE THEIR OWN ATROCITIES IN THE HOLOCAUST?

WOULD YOU ASK MURDERERS TO INVESTIGATE THEIR OWN MURDERS?

NO? THEN WHY WOULD YOU ASK A GENOCIDAL APARTHEID REGIME TO INVESTIGATE THEMSELVES?

16,253 likes
mo_hamz ASKING FOR A FRIEND.

#makeitmakesense #neveragainforanyone

