AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ZOHRA KHORASHI | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  26-CV-21610 ALTONAGA |
| CHARTWELL LAW OFFICES, LLP | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHARTWELL LAW OFFICES, LLP
c/o its registered agent:
Caroline Nitsche Carlson, Esq.
9100 South Dadeland Blvd., Suite 1009
Miami, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher C. Sharp, Esq.
Sharp Law Firm, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, FL 33315
Phone: (954) 909-4246
Email: chris@csharplawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 12, 2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts