**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21610-CIV-ALTONAGA/Reid**

**ZOHRA KHORASHI**,

Plaintiff,

v.

**CHARTWELL LAW OFFICES, LLP**,

Defendant.

_________________________________/

**ORDER**

**THIS CAUSE** came before the Court at a May 19, 2026 hearing [ECF No. 25], addressing Defendant, Chartwell Law Offices, LLP's Motion to Dismiss [ECF No. 17]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendant, Chartwell Law Offices, LLP's Motion to Dismiss **[ECF No. 17]** is **DENIED**. Defendant shall file an answer to the Complaint [ECF No. 1] by **May 29, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of May, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record