IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 1:26-cv-21610-CMA

ZOHRA KHORASHI,

Plaintiff,

vs.

CHARTWELL LAW OFFICE, LLP,

Defendant.

_______________________________________/

**Notice of Settlement**

Plaintiff, Zohra Khorashi, in accordance with the parties' Joint Scheduling Report [ECF No. 15], filed April 16, 2026, hereby notifies the Court that the parties have reached a full and complete settlement of Plaintiff's claims in this case.

Respectfully submitted,

*Christopher C. Sharp*
Christopher C. Sharp, Esq.
Fla. Bar No. 996858
Email: csharplaw@aol.com
Secondary: chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33441
Telephone: (954) 909-4246

*Omar Mustafa Saleh*
Omar Mustafa Saleh, Esq.
Fla. Bar No. 091216
Email: osaleh@cair.com
Secondary: saleh@floridalegalconsulting.com
COUNCIL ON AMERICAN ISLAMIC RELATIONS
9000 N.W. 44TH Street, Suite 200
Sunrise, FL 33351
Phone: (954) 272-0490

Dated: September 18, 2026 Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

By: *Christopher C. Sharp*
Christopher C. Sharp, Esq.

Christopher C. Sharp, Esq.
E-Mail: csharplaw@aol.com
Secondary Email: chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33441

Omar Mustafa Saleh, Esq.
Email: osaleh@cair.com
COUNCIL ON AMERICAN ISLAMIC RELATIONS
9000 N.W. 44TH Street, Suite 200
Sunrise, FL 33351

Pedro J. Torres-Díaz, Esq.
Email: pedro.torres-diaz@jacksonlewis.com
Ranjiv Sondhi, Esq.
Email: ranjiv.sondhi@jacksonlewis.com
JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131